**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | 08-04243MP-001-PCT-MEA |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Ann Talas, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant appeared in court and admitted to violating her terms of probation as alleged in paragraphs A and B of the petition to revoke probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FOURTEEN (14) DAYS**, with credit for time served.

IT IS FURTHER ORDERED THAT paragraph C of the petition is DISMISSED.

DATED this 13th day of December, 2010.

Mark E. Aspey
United States Magistrate Judge